Benesch, Friedlander, Coplan & Aronoff LLP
By: Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

*Attorney for Defendant*
*LeafFilter North of New Jersey, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CYNTHIA A. GUMBA, A/K/A CYNTHIA A. SCHATZ-GUMBA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEAFFILTER NORTH OF NEW JERSEY, LLC<br><br>and<br><br>JOHN DOES 1-10,<br><br>Defendants. | C.A. No.       3:23-cv-01979<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time within which Defendant LeafFilter North of New Jersey, LLC ("Defendant") may answer, move, or otherwise reply to the Complaint filed by the above-captioned plaintiff, by 14 days, to April 27, 2023, and it is represented that:

1. No previous extension has been requested or obtained;
2. Service of process was deemed effected on March 8, 2023; and
3. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's time to answer, move, or otherwise reply to the Complaint currently expires on April 13, 2023.

Dated: April 6, 2023

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Kevin M. Capuzzi*
    Kevin M. Capuzzi (NJ No. 173442015)
    Continental Plaza II
    411 Hackensack Ave., 3rd Floor
    Hackensack, New Jersey 07601-6323
    Telephone: (302) 442-7063
    Facsimile: (302) 442-7012
    kcapuzzi@beneschlaw.com

*Attorney for Defendant*
*LeafFilter North of New Jersey, LLC*