# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA A. GUMBA, A/K/A CYNTHIA A. SCHATZ-GUMBA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEAFFILTER NORTH OF NEW JERSEY, LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:23-cv-01979-GC-DEA<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                          */s/ Kevin M. Capuzzi*
                                                                                          Kevin M. Capuzzi (NJ No. 173442015)

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Trevor G. Covey, Esq.

Address:   200 Public Square, Suite 2300

               Cleveland, OH 44114

Email:      tcovey@beneschlaw.com

22723551